**Order entered March 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

Before the Court is the State's March 3, 3015 second motion for an extension of time to file its brief. The State's brief was also received by the Court on March 3, 2015. This case is set for submission without oral argument on March 31, 2015.

The Court **GRANTS** the State's March 3, 2015 second motion for an extension of time to file its brief. The State's brief is deemed filed as of the date of this order.

/s/     DOUGLAS S. LANG
JUSTICE